# Exhibit A

**Receipt No. 1**
**Harry Winston Watch (sapphire and diamonds)**

## BEVERLY HILLS WATCH
### C O M P A N Y
SINCE 1979

**WE BUY SELL TRADE & SERVICE**
**FINE WATCHES & JEWELRY**

227 South Beverly Drive, Beverly Hills, CA 90212
Telephone (310) 275-7700
www.beverlyhillswatch.com

DATE: _____

ORDER #: _____

TYPE OF PAYMENT

SOLD TO: _____

ADDRESS: _____   CITY: _____   STATE: _____

PHONE: _____   EMAIL ADDRESS: _____   ZIP CODE: _____

| QUAN. | STYLE NO. | DESCRIPTION | UNIT | NET | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

SPECIAL INSTRUCTIONS:

| | SALES TAX | |
|---|---|---|
| | TOTAL | |

RECEIVED BY: _____

---

## BEVERLY HILLS WATCH
### C O M P A N Y
SINCE 1979

TEL. 310.275.7700
227 SOUTH BEVERLY DRIVE, BEVERLY HILLS, CA 90212
WWW.BEVERLYHILLSWATCH.COM

N⍜ 19881

Name _____

Address _____

City _____   State _____   Zip _____

Phone: Bus. _____   Res. _____

| | DATE REC. | APPROX. FROM | DELIVERED | REPAIR BY |
|---|---|---|---|---|
| MAKE | | REC. BY | | |

---

## BEVERLY HILLS WATCH
### C O M P A N Y
SINCE 1979

TEL. 310.275.7700
227 SOUTH BEVERLY DRIVE, BEVERLY HILLS, CA 90212
WWW.BEVERLYHILLSWATCH.COM

N⍜ 2433

Name _____

Address _____

City _____   State _____   Zip _____

Phone: Bus. _____   Res. _____

| | DATE REC. | APPROX. FROM | DELIVERED | REPAIR BY |
|---|---|---|---|---|
| MAKE | | REC. BY | | |

---

## BEVERLY HILLS WATCH
### C O M P A N Y
SINCE 1979

**WE BUY SELL TRADE & SERVICE**
**FINE WATCHES & JEWELRY**

227 South Beverly Drive, Beverly Hills, CA 90212
Telephone (310) 275-7700
www.beverlyhillswatch.com

DATE: _____

ORDER #: _____

TYPE OF PAYMENT

SOLD TO: _____

ADDRESS: _____   CITY: _____   STATE: _____

PHONE: _____   EMAIL ADDRESS: _____   ZIP CODE: _____

| QUAN. | STYLE NO. | DESCRIPTION | UNIT | NET | AMOUNT |
|---|---|---|---|---|---|
| 1 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SPECIAL INSTRUCTIONS:

| | SALES TAX | |
|---|---|---|
| | TOTAL | |

RECEIVED BY: _____

**Receipt No. 2**
**Hublot Watch (gold w/white ceramic and diamond strap)**
**Gold Ring (large w/two rows of diamonds and emerald in the center)**

WESTIME
10800 W. Pico Blvd. #197
LOS ANGELES, CALIFORNIA 90064
(310) 470-1388
www.westimewatches.com

CUSTOMERS ORDER NO.   NAME   valli   PHONE   DATE 11-24-06

ADDRESS

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| QTY. | | DESCRIPTION | | | PRICE | AMOUNT |
| 1 | Hublot | | | | | |
| | 607611 | | | | | |
| | 301 Rg. 131. 2x | | | | | |

No Refunds, Exchanges Within 7 Days
With This Receipt.

RECEIVED BY

All claims and returned goods MUST be accompanied by this bill.

TAX

TOTAL 13,150

Thank You

18964

WESTIME
10800 W. Pico Blvd. #197
LOS ANGELES, CALIFORNIA 90064
(310) 470-1388
www.westimewatches.com

CUSTOMERS ORDER NO.   NAME   valli — Sharru   PHONE   DATE 11-24-06

ADDRESS

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| QTY. | | DESCRIPTION | | | PRICE | AMOUNT |
| 1 | De Grisogono | | | | | |
| | 540ll/c4 | | | | | |
| | B14911 | | | | | |

No Refunds, Exchanges Within 7 Days
With This Receipt.

RECEIVED BY

All claims and returned goods MUST be accompanied by this bill.

TAX

TOTAL 5760

Thank You

18965

**Receipt No. 3**
**Mrs. Shapiro's Engagement Ring (band with small diamonds)(w/photo)**

# Dravex Jewelry, Inc.
## DBA Fine Jewelry by Rafi

9413 Brighton Way • Beverly Hills, CA 90210
Tel: 310.858.7788    310.858.7718    Fax: 310.858.7812
rafibh@sbcglobal.net

| EMAIL ADDRESS | | | PHONE | | | DATE 12-5-06 | |
|---|---|---|---|---|---|---|---|
| NAME VADIM SHAPIRO | | | | | | | |
| ADDRESS 6920 SW 44th STREET #207 | | | | | | | |
| MIAMI, FL 33155 | | | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT | |
|---|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | DIAM. BAND | | 25000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | SHIP by U.S. | | |
| | POSTAL | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Received by

All claims and returned good MUST be accompanied by this bill.
NO CASH REFUNDS OR CHARGE CREDITS. IN SPECIAL CIRCUMSTANCES WHERE A CREDIT CARD REFUND NEEDS
TO BE ISSUED THE CARDHOLDER WILL BE CHARGED 10% OF THE AMOUNT TO BE CREDITED AS A RESTOCKING
FEE. STORE CREDITS ONLY FOR MERCHANDISE IN ITS ORIGINAL CONDITION AND PACKAGING. EXCLUSIVE OF
DELIVERY CHARGES. NO EXCHANGES AFTER 30 DAYS. NOT RESPONSIBLE FOR ITEMS LEFT OVER 60 DAYS.

| TAX $ | |
|---|---|
| TOTAL $ | 25000 |

Dravex Jewelry, Inc. is not affiliated with Rolex Watch Company USA, Patek Philippe Watch Company, Cartier or any other watch or jewelry company and is not a factory authorized
dealer of these items. Philippe's Watches Inc. takes all reasonable precautions to be certain the items it sells are factory original. However, in certain rare circumstances an item my
contain replacement parts provided by the manufacturer or third party providers. Such replacement parts may void the manufacturer's warranty. In such case, Dravex Jewelry, Inc.



**Receipt No. 4**
**Chopard Llustrada Watch (white gold w/cognac**
**diamonds)(w/photo)**

FROM: VADiM

MEMORANDUM

TO: RAFi

[310/402 3294

310 858 7788

The goods described and valued as below are delivered to you for EXAMINATION AND INSPECTION ONLY, and are the property of and subject to their order and shall be returned to them on demand. Such merchandise, until returned to them and actually received, are at risk from all hazards. NO RIGHT OR POWER IS GIVEN TO YOU TO SELL, PLEDGE, HYPOTHECATE OR OTHERWISE DISPOSE OF THIS MERCHANDISE regardless of prior transactions. A sale of this merchandise can only be effected and title will pass only if, and as when the said                        shall agree to such sale and bill of sale rendered therefor.

| Weight | Number | Description | Unit Price | Total |
|--------|--------|-------------|------------|-------|
|  |  | BLUE TOPAS - 2 RINGS | 1500 — | 3 000 |
|  |  | BLUE STONE CHAUMET | — | 2500 |
|  |  | POLANTI WATCH |  | 5000 |

Date: 11 / 06 / 07        MEMO # 079596        SIGNATURE



Chopard
GENÈVE

CERTIFICAT D'ORIGINE · CERTIFICATE OF ORIGIN

41/6935-52

750/000 WHITE GOLD
WATCH "LA STRADA"
5 1/2 X 6 3/4" Q
84 DIAM. = 1.56 CT FC
70 DIAM. = 3.91 CT FC BROWN
DEPL. BUCKLE
SERIAL-NR. : 830976

SOLD BY:
2023 05 R
Margit Hansen
Guld & Solv Bergtilde A/S

CODE : 00104178012MTHCD



Chopard
"La Strada"
Watch

**Receipt No. 5**
**Ring (two pearls, one black, one white, with diamonds)(w/photo)**



### FINE JEWELRY

## Appraisal Form

To Whom It May Concern:

This is to Certify that we are engaged in the jewelry business, appraising diamonds, jewelry and precious stones of all descriptions.
We herewith Certify that we have this day carefully examined the following listed and described articles, the property of:

NAME: Vadim Garri Shapiro

ADDRESS: 1201 Larrabee St. #301 Los Angeles, CA 90069

We estimate the value as listed for insurance or other purposes at the current retail value, excluding Federal and other taxes. In making this Appraisal, we DO NOT agree to purchase or replace the articles.

| DESCRIPTION | APPRAISED VALUE |
|---|---|
| 18kt white gold ring featuring 1 white pearl, 1 black pearl, and 28 Round diamonds of G color VS1 clarity totaling 0.23ct. | $5601 |

These estimated values are based only on estimates of the size and quality of mounted stones (unless specifically stated that the stones were removed and graded). Items which are deemed by us as irreplaceable or antique in nature are expressed as our opinion of current market value. We assume no liability with respect to any action that may be taken on this basis of this material.

APPRAISER

DATE 5/2/03



May 9  , 2003

Dear Mr. Shapiro,

It was a great pleasure to serve you here at Leon's recently.  We hope that the beautiful Diamond and pearl ring you have selected will bring you and your loved one many years of pleasure and enjoyment.  Enclosed with this letter you will find an appraisal form for insurance purposes.  If there is any further way we can serve you, please do not hesitate to contact us.

Thank you once again and we look forward to seeing you very soon.

Best wishes,

Leon's Fine Jewelry



Ring w/ pearls
(one black, one white)
w/ diamonds

**Receipt No. 6**
**Rolex Milgauss Watch**

3717 065525 91003                          5989319

DO NOT CIRCLE EXPIRATION DATE — USE BOX BELOW
10/08                                      98

VADIM G SHAPIRO

| PRESS FIRMLY — USE BALL POINT PEN | | | | |

EXPIRATION ☒ DATE
CHECKED

| QUAN. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| | | | | |

| DATE | | AUTHORIZATION | | | SUB TOTAL | |
| REFERENCE NO. | | | REG/DEPT. | | TAX | |
| FOLIO/CHECK NO. | | | SERVER | CLERK | TIPS MISC. | |

SALES SLIP                    TOTAL  71|12|44

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the
amount of the Total shown hereon and agrees to perform the
obligations set forth in the Cardholder's agreement with the Issuer.

MERCHANT COPY

MERCHANT COPY

# GEARYS
## BEVERLY HILLS

| | | |
|---|---|---|
| | Invoice | INV172920 |
| **Sales Receipt Standard Take** | Date | 9/17/2008 |
| | Station | GPOS3 |
| | Page | 1 |

Bill To:
**VADIM SHAPIRO**
**1201- N LARRABEE ST #301**
**West Hollywood California  90069**

**(310) 887-4250**

| Order Type | Customer ID | Salesperson ID | Shipping Method | Payment | Req Ship Date |
|---|---|---|---|---|---|
| Standard | 63688737 | BBLAKE | PICKUP | AMEX | 9/17/2008 |

| Quantity | Item Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|
| 1 | 1599-0381 | ROLEX SS GREEN MILGAUSS DL 30<br>S/N: V008756 | $6,575.00 | $6,575.00 |

**Tender Amounts**

MEX XXXX-XXXXXX-X1003          7,117.44

| | |
|---|---|
| Subtotal | $6,575.00 |
| Misc | $0.00 |
| Tax | $542.44 |
| Freight | $0.00 |
| | |
| Total | $7,117.44 |

Signature

**351 N. BEVERLY DRIVE . BEVERLY HILLS . CALIFORNIA . 90210 . (310) 273-4741 . www.gearys.com**
**Thank You for shopping at GEARYS BEVERLY HILLS**
**We want you to be completely satisfied with your purchase.**

Any returned unused item in its original condition accompanied by a receipt  (except those items  personalized, sized  or  specially ordered) may be returned within 30 days of  purchase for a refund or  exchange.   This policy  does not  include watches. All  watch sales  are final. Refunds are issued in the same manner as paid, except cash payments will be refunded with a company check which will be mailed within 10 working days of the return.   No refunds are issued  for gift certificates  or special orders.    A store credit will be issued on all gifts or merchandise returned (in its original condition within 30 days of purchase) not accompanied by a receipt. All Sale merchandise is sold "as is" and is not returnable.

All non-shipped purchases will be held in the store for 48 hours from the date   of purchase. After the 48 hours have passed, your purchase will be moved to an  offsite storage facility.  It will take two days to retrieve your purchase from the offsite facility.    Please call our customer service department (310) 273-4741 x149 two days prior to the day that you would  like to pick-up your purchase from the store.

**Receipt No. 7**
**Ring (w/sapphire in the middle and two diamonds)**



# ARTIN
## FINE JEWELRY & ANTIQUES
308 North Beverly Drive
Beverly Hills, California 90210, USA
Phone: (310) 278-5044
1-800-344-9280
Fax: (310) 278-4351

May 14, 1999

Mr. and Mrs. Badim Garri Shapiro
1201 Larrabee suite 301
Los Angeles, Ca. 90069

Dear Mr. and Mrs. Shapiro:

Just a note to thank you very much for your recent purchase.
Our commitment is to provide you the finest service and quality.
We offer you a wide selection of fine jewelry and watches and
always appreciate good customers like you.

You made lovely selection and we are sure you will be happy
with your beautiful new sapphire and diamond ring.

It was very nice to meet you both and we look forward to seeing
you again in the future. Please feel free to stop by when ever
you are in the area.

Enclosed please find an appraisal for your purchase.

Cordially,

THE ARTIN FINE JEWELRY FAMILY

Jerry Artin

A Division of Artin General Merchandising, Inc.



## ARTIN
### FINE JEWELRY & ANTIQUES
308 North Beverly Drive
Beverly Hills, California 90210, USA
Phone: (310) 278-5044
1-800-344-9280
Fax: (310) 278-4351

# Appraisal

We herewith certify that we have this day carefully examined the following
listed and described articles, the property of:

Vadim Garri Shapiro
1201 Larrabee suite 301
Los Angeles, Ca. 90069

We estimate the value as listed for insurance or other purposes at the
current retail value, excluding federal and other taxes.  In making this
appraisal, we do not agree to purchase or replace the articles.

| DESCRIPTION | APPRAISED VALUE |
|---|---|
| One exquisite sapphire and diamond ring set in platinum. Centering the design is a rectangular cushion-cut, natural blue sapphire that weighs approximately 4.93 carats. The stone is certified by the Gem Quality Institute, report number LC4030344. The sapphire is set between two triangular-cut diamonds that weigh approximately 1.20 carats in total. The stones are G-H in color and SI1-SI2 in clarity. | $25,000.00 |

The foregoing appraisal is made with the understanding that the appraiser
assumes no liability with respect to any action that may be taken on the
basis of this appraisal.

Jerry Darakjian                           Date: May 14, 1999
Vice President

A Division of Artin General Merchandising, Inc.



**M QUALITY**
**STITUTE**

# REPORT OF GEMSTONE IDENTIFICATION

**Date:** April 2, 1999          **Report Number:** LC4030344          **Page:** Page 1 of 2

## IDENTITY

**Species:** NATURAL CORUNDUM

**Variety:** BLUE SAPPHIRE

GQI Los Angeles
) South Hill Street,
Suite 1595
.os Angeles, CA
90013

el: 213-622-2387
800-235-3287
x: 213-622-3138

GQI Chicago
South Wabash,
Suite 1905
hicago, IL 60603

l: 312-920-1541
800-235-3287
x: 312-920-1547

Internet
www.gqi.com

Member:
ond Club West Coast
Diamond and Color
tone Association
ago Jewelers Club
) Jewelers' Association
ers Advisory Group
s Vigilance Committee

filiate Member:
American Gem
rade Association

ociate Member:
a Jewelers Association
Jewelers Association
awnbrokers Association

## DESCRIPTION

**Weight:** 4.93 carats

**Measurements:** 10.48 × 8.89 × 6.34 mm.

| | | |
|---|---|---|
| **Shape:** Rectangular cushion | **Cutting Style:** Mixed | |
| **Crown:** Modified brilliant | **Pavilion:** Step | |
| **Phenomena:** None | **Strength:** N/A | |
| **Daylight Color (6500°K):** | **Hue:** BLUE | |
| | **Tone:** Dark | **Saturation:** Very strong |
| **Transparency:** Transparent | | |

**Photo Magnification:** 2 ×

**Notes:**
This stone was tested loose. The photograph may not reflect the true color of the stone as described, due to film limitations.

## ENHANCEMENT INFORMATION

| **Type(s):** | **Market Frequency:** | **Stability:** | **Extent:** |
|---|---|---|---|
| None detected | N/A | N/A | N/A |

**Enhancement Comments:**
Almost all rubies and sapphires (corundums) traded in the world market today have been heated to enhance their quality. Evidence of heat enhancement HAS NOT been found in this stone.

R.W.H

Richard Hughes A.G. (AIGS) F.G.A.



M QUALITY
STITUTE

# REPORT OF GEMSTONE IDENTIFICATION

**Date:** April 2, 1999          **Report Number:** LC4030344          **Page:** Page 1 of 2

## IDENTITY

**Species:** NATURAL CORUNDUM

**Variety:** BLUE SAPPHIRE

GQI Los Angeles
50 South Hill Street.
Suite 1595



**Munsell Color-Order
System Scales**

Notations (HVN'), specifying numbers for the three attributes of hue, tone, and saturation, are given for the different colors observed. which are then converted into ISCC-NBS Color Nomenclature. The percentages given are visual estimates as to the amounts of the different colors observed in the face up position.



**ISCC-NBS Color
Designation Model**

agram shows the three scales define the three dimensional l Color Space. It has a central hich represents the neutral onal scale varying from 10 to 0 (black). Encircling the e the five primary hue sectors G, B, P, and the five lediary hue sectors, each into 10 units. Radiating out e neutral core is the scale of or saturation. The Munsell can produce standards which



# Proportion Analysis

Girdle Diameter (100%)
Table Width %
Crown Angle (Avg.)
Pavilion Angle (Avg.)
Crown Height %
Girdle Thickness (Avg.%)
Pavilion Depth %
Total Depth %

This model represents a segment of the Munsell Color Space showing the different color designations for a given hue range. As one moves around the hue circle, the boundaries forming the different designations move up and down and sideways inside the color space causing the nomenclature blocks to vary significantly for the differing hues of color. One plots the Munsell Notation in this model to determine

**Receipt No. 8**
**Chopard Chrono Watch (steel w/diamond bracelet)(w/photo)**

*Chopard*

GENÈVE
depuis 1860

### CERTIFICAT D'ORIGINE — CERTIFICATE OF ORIGIN

Nous certifions que ce modèle est un original de la maison *Chopard*

Le respect de la tradition est la base de notre renommée d'horloger et de bijoutier. Nos modèles sont réalisés selon les méthodes techniques les plus modernes par des spécialistes hautement qualifiés et soumis à des contrôles rigoureux.

Nous garantissons la couleur et la pureté des diamants employés. Top Wesselton sans imperfections, sauf mention différente dans la facture. Nos diamants de couleur sont de couleur naturelle. Nous répondons du titre des métaux précieux utilisés par l'apposition de l'un de nos poinçons de maître, soit *Chopard* soit LUC.

This is to certify that this model is an original *Chopard* product which has been entirely manufactured in our own workshops.

According to our tradition as watch and jewellery manufacturers all our models are produced by highly qualified specialists using the latest technology. Our products are only released for sale after having undergone strict quality controls.

We warrant the colour and purity of the diamonds used, as Top Wesselton flawless, unless otherwise specified in the invoice. All our coloured diamonds are natural coloured. We guarantee the quality of the precious metals by affixing our registered mark, viz. *Chopard* or LUC.

| | |
|---|---|
| 27/8291-23 | 750/000 WHITE GOLD/STAINLESS STEEL WATCH "HAPPY SPORT" |
| | 7 3/4" 956. Q |
| | 80 DIAMONDS = 1.40 CT FC |
| | 5 SAPPH.-CAB. = 0.73 CT |
| | 7 DIAMONDS = 0.39 CT FC MOVING |
| | WATERRESISTANT |
| | SERIAL-NR. : 803265 |

**westime**
10800 W Pico Blvd #197
Los Angeles, CA 90064
(310) 470-1388

SOLD BY:
301409Lo

*Chopard & Cie S.A.*

Dec. 28. 01

CODE : 401104066



Chopard
Chrono
Watch

**Receipt No. 9**
**Chanel Watch (white ceramic)**



céramique noire serti de diamants.
io black ceramic with diamonds.

En cas de réparation, joindre à votre montre ce certificat de garantie.
Les conditions de la Garantie Internationale de CHANEL sont définies dans le livret ci-contre.
For repair, send your watch with the guarantee certificate.
The general terms of the CHANEL international guarantee are defined in previous pages

Numéro de référence / Model number        Cachet du distributeur / Store stamp

H0970

Numéro de série / Serial number

18175

Date d'achat / Date of purchase

2/06

Nous certifions l'authenticité de cet article,
soumis aux contrôles les plus rigoureux, et
dont la haute qualité symbolise le renom
de notre Marque.
We certify the authenticity of this item and
confirm that it has been subjected to the
most exacting quality controls. Its high
quality is a symbol of the fine reputation
of the Trademark.

• **CHANEL 2004** Chanel, (Société par Actions simplifiée)
135, avenue Charles de Gaulle, 92200 Neuilly-sur-Seine 542 052 766 RCS Nanterre/2004 Ref HO 956

Liste des points de vente CHANEL : www.chanel.com
List of CHANEL point of sales : www.chanel.com

© CHANEL 2004
CHANEL (Société par Actions Simplifiées au capital de 80 200 000 €)
135, avenue Charles-de-Gaulle, 92200 Neuilly-sur-Seine
542 052 766 R.C.S. Nanterre 01/2005 – Réf. H1678

**Receipt No. 10**
**Briguet Lady, Princess of Napoli Watch (gold**
**w/diamonds)(w/photo)**



*Certificat d'origine
et de garantie*

A.-Louis Breguet
(1747-1823)

*Breguet*
Depuis 1775

## Certificat d'origine
### et de garantie

Montres Breguet SA garantit que cette montre a été construite dans ses ateliers et bénéficie de la haute qualité qui fait la réputation de Breguet depuis 1775.

Cet instrument de mesure du temps est un produit mécanique de haute horlogerie nécessitant un entretien régulier approprié et dont les fonctions doivent être actionnées périodiquement.

Modèle réf. _89 08 BA/52/864DOOD_

Montre N° (cf. cadran) _987 P_

Date d'achat _03 C2 2004_

Les fonctions et spécificités du modèle référencé ci-dessus vous ont été expliquées par le concessionnaire officiel suivant, agréé par Montres Breguet SA (ci-après le concessionnaire officiel Breguet):

**Timbre et signature du**
**concessionnaire officiel Breguet:** _____

(Votre garantie n'est valable que si les éléments requis ci-dessus ont dûment été fournis)

## Certificate of Origin
### and Warranty

Montres Breguet SA hereby guarantees that this watch has been produced in its workshops and embodies a full measure of the outstanding quality that has distinguished the House of Breguet since 1775. As a luxury mechanical product, its various functions should be actioned periodically and it should receive appropriate regular maintenance.

Model ref. _____

Watch no _____

Date of purchase _____

The features and functions of the model whose references appear above have been described and explained by the following official dealer, authorized by Montres Breguet SA (hereinafter the official Breguet dealer):

**Stamp and signature of**
**the official Breguet dealer:** _____

(The warranty validity is contingent upon the present Certificate of Origin and Warranty having been duly completed).

**Receipt No. 11**
**Set of Diamond 3-Piece Earrings**



# GIA
## Gem Trade Laboratory

22922
30497902
ARCH U.S. INC.
404 W. 7th St., #202
Los Angeles, CA 90014

**DIAMOND DOSSIER® GRADING REPORT**

REPORT 10918649

April 06, 2000
Laser Inscription Registry . . . . GIA 10918649
Shape and Cutting Style . . ROUND BRILLIANT
Measurements . . . . . 5.17-5.22 x 3.13 mm
Weight . . . . . . . . . . . . . . . . . 0.51 carat
Proportions
  Depth . . . . . . . . . . . . . . . . 60.3 %
  Table . . . . . . . . . . . . . . . . . . 67 %
  Girdle . . . MEDIUM TO SLIGHTLY THICK
  Culet . . . . . . . . . . . . . . . . . . . NONE
Finish
  Polish . . . . . . . . . . . VERY GOOD
  Symmetry . . . . . . . . . . VERY GOOD
Clarity Grade . . . . . . . . . . . . . . . VS2
  Characteristics . . . . . . . . . Feather
Color Grade . . . . . . . . . . . . . . . . . J
  Fluorescence . . . . . . . . . . . . NONE
Comments . . . . . . . . . . . . . . . NONE

**GIA COLOR SCALE**
D E F G H I J K L M N O P Q R S T U V W X Y Z

**GIA CLARITY SCALE**
FLAWLESS / INTERNALLY FLAWLESS / VVS₁ / VVS₂ / VS₁ / VS₂ / SI₁ / SI₂ / I₁ / I₂ / I₃

0071257602

This Report is not a guarantee, valuation or appraisal. This Report contains only the characteristics of the diamond described herein after it has been graded, tested, examined and analyzed by GIA Gem Trade Laboratory under 10X magnification using the techniques and equipment available to GIA Gem Trade Laboratory, including fully corrected triplet loupe and binocular microscope, master color comparison diamonds, electronic carat balance, non-contact optical measuring device, and ancillary instruments as necessary, at the time of the examination, and/or has been inscribed by GIA Gem Trade Laboratory. The recipient of this Report may wish to consult a credentialed Jeweler or Gemologist about the importance and interrelationship of cut, color, clarity and carat weight.



**IMPORTANT DOCUMENT, STORE SAFELY**



The security features in this document, including the hologram, security screens, microprint lines and chemical sensitivity, in addition to those not listed, exceed document security industry guidelines.

**NOTICE: IMPORTANT LIMITATIONS ON BACK**

0130272402
JOB NO:  26837202
Inscription:GIA 10918649
Shape: Round Brilliant
Meas:5.17-5.22 x 3.13 mm
Weight: 0.51 carat
Depth:60.3 %
Table: 67 %
Girdle:MED to STK
Culet:None
Polish:Very Good
Sym:Very Good
Clarity:VS2
Color:J
Fluor:None

Apr 06, 2000
Diamond Dossier™
10918649



GIA GEM TRADE LABORATORY

COPYRIGHT ©2000 GIA GEM TRADE LABORATORY

---



# GIA
## Gem Trade Laboratory

22925
30497902
ARCH U.S. INC.
404 W. 7th St., #202
Los Angeles, CA 90014

**DIAMOND DOSSIER® GRADING REPORT**

REPORT 10918639

April 06, 2000
Laser Inscription Registry . . . . GIA 10918639
Shape and Cutting Style . . ROUND BRILLIANT
Measurements . . . . . 5.29-5.35 x 3.11 mm
Weight . . . . . . . . . . . . . . . . . 0.52 carat
Proportions
  Depth . . . . . . . . . . . . . . . . 58.5 %
  Table . . . . . . . . . . . . . . . . . . 64 %
  Girdle . . . . . . . . . THIN TO MEDIUM
  Culet . . . . . . . . . . . . . . . . . . . NONE
Finish
  Polish . . . . . . . . . . . VERY GOOD
  Symmetry . . . . . . . . . . VERY GOOD
Clarity Grade . . . . . . . . . . . . . . . VS2
  Characteristics . . . . . . Crystal, Feather
Color Grade . . . . . . . . . . . . . . . . . J
  Fluorescence . . . . . . . . . . . . NONE
Comments . . . . . . . . . . . . . . . NONE

**GIA COLOR SCALE**
D E F G H I J K L M N O P Q R S T U V W X Y Z

**GIA CLARITY SCALE**
FLAWLESS / INTERNALLY FLAWLESS / VVS₁ / VVS₂ / VS₁ / VS₂ / SI₁ / SI₂ / I₁ / I₂ / I₃

0071269502

This Report is not a guarantee, valuation or appraisal. This Report contains only the characteristics of the diamond described herein after it has been graded, tested, examined and analyzed by GIA Gem Trade Laboratory under 10X magnification using the techniques and equipment available to GIA Gem Trade Laboratory, including fully corrected triplet loupe and binocular microscope, master color comparison diamonds, electronic carat balance, non-contact optical measuring device, and ancillary instruments as necessary, at the time of the examination, and/or has been inscribed by GIA Gem Trade Laboratory. The recipient of this Report may wish to consult a credentialed Jeweler or Gemologist about the importance and interrelationship of cut, color, clarity and carat weight.

The security features in this document, including the hologram, security screens, microprint lines and chemical sensitivity, in addition to those not listed, exceed document security industry guidelines.

**NOTICE: IMPORTANT LIMITATIONS ON BACK**

0130274602
JOB NO:  26837202
Inscription:GIA 10918639
Shape: Round Brilliant
Meas:5.29-5.35 x 3.11 mm
Weight: 0.52 carat
Depth:58.5 %
Table: 64 %
Girdle:THN to MED
Culet:None
Polish:Very Good
Sym:Very Good
Clarity:VS2
Color:J
Fluor:None

Apr 06, 2000
Diamond Dossier™
10918639



GIA GEM TRADE LABORATORY

COPYRIGHT ©1999 GIA GEM TRADE LABORATORY

## First Report

22922
30497902
ARCH U.S. INC.
404 W. 7th St, #202
Los Angeles, CA 90014

GIA GEM TRADE LABORATORY

Apr 06, 2000
Diamond Dossier™ 10918649

JOB NO.: 26837202
Inscription:GIA 10918649
Shape:Round Brilliant
Meas:5.17-5.22 x 3.13 mm
Weight:0.51 carat
Depth:60.3 %
Table:67 %
Girdle:MED to STK
Culet:None
Polish:Very Good
Sym:Very Good
Clarity:VS2
Color:J
Fluor:None



This Report is not a guarantee, valuation or appraisal. This Report contains only the characteristics of the diamond described herein after it has been graded, tested, examined and analyzed, by GIA Gem Trade Laboratory using the techniques and equipment available to GIA Gem Trade Laboratory and employing master color comparison diamonds, electronic carat balance, non-contact optical measuring device, and binocular microscope, master color comparison diamonds, electronic carat balance, non-contact optical measuring device, and ancillary instruments as necessary, at the time of the examination, and/or has been inscribed by GIA Gem Trade Laboratory. The recipient of this Report may wish to consult a credentialed Jeweler or Gemologist about the importance and interrelationship of cut, color, clarity and carat weight.

**NOTICE: IMPORTANT**
**LIMITATIONS ON BACK**

IMPORTANT DOCUMENT, STORE SAFELY

COPYRIGHT ©2000 BY GIA GEM TRADE LABORATORY

**GIA COLOR SCALE**

COLORLESS: D E F
NEAR COLORLESS: G H I J
FAINT: K L M
VERY LIGHT: N O P Q R
LIGHT: S T U V W X Y Z

**GIA CLARITY SCALE**

FLAWLESS
INTERNALLY FLAWLESS
VVS₁ VVS₂ — VERY VERY SLIGHTLY INCLUDED
VS₁ VS₂ — VERY SLIGHTLY INCLUDED
SI₁ SI₂ — SLIGHTLY INCLUDED
I₁ — INCLUDED

GIA GEM TRADE LABORATORY

DIAMOND DOSSIER™ GRADING REPORT
April 06, 2000
Laser Inscription Registry . . . . GIA 10918649
Shape and Cutting Style . . . ROUND BRILLIANT
Measurements . . . . . 5.17-5.22 x 3.13 mm
Weight . . . . . . . . . . . 0.51 carat
Proportions
Depth . . . . . . . . . . . 60.3 %
Table . . . . . . . . . . . 67 %
Girdle . . . MEDIUM TO SLIGHTLY THICK
Culet . . . . . . . . . . . NONE
Finish
Polish . . . . . . . . . . VERY GOOD
Symmetry . . . . . . . . VERY GOOD
Clarity Grade . . . . . . . . VS2
Characteristics . . . . . . . Feather
Color Grade . . . . . . . . . J
Fluorescence . . . . . . . . NONE
Comments . . . . . . . . . NONE

REPORT 10918649



---

## Second Report

22925
30497902
ARCH U.S. INC.
404 W. 7th St, #202
Los Angeles, CA 90014

LABORATORY

Apr 06, 2000
Diamond Dossier™ 10918639

JOB NO.: 26837202
Inscription:GIA 10918639
Shape: Round Brilliant
Meas:5.29-5.35 x 3.11 mm
Weight:0.52 carat
Depth:58.5 %
Table:64 %
Girdle:THN to MED
Culet:None
Polish:Very Good
Sym:Very Good
Clarity:VS2
Color:J




This Report is not a guarantee, valuation or appraisal. This Report contains only the characteristics of the diamond described herein after it has been graded, tested, examined and analyzed, by GIA Gem Trade Laboratory using the techniques and equipment available to GIA Gem Trade Laboratory, including fully corrected triple loupe and binocular microscope, master color comparison diamonds, electronic carat balance, non-contact optical measuring device, and ancillary instruments as necessary, at the time of the examination, and/or has been inscribed by GIA Gem Trade Laboratory. The recipient of this Report may wish to consult a credentialed Jeweler or Gemologist about the importance and interrelationship of cut, color, clarity and carat weight.

**GIA COLOR SCALE**

COLORLESS: D E F
NEAR COLORLESS: G H I J
FAINT: K L M
VERY LIGHT: N O P Q R

**GIA CLARITY SCALE**

FLAWLESS
INTERNALLY FLAWLESS
VVS₁ VVS₂ — VERY VERY SLIGHTLY INCLUDED
VS₁ VS₂ — VERY SLIGHTLY INCLUDED
SI₁ SI₂ — SLIGHTLY INCLUDED

GIA GEM TRADE LABORATORY

DIAMOND DOSSIER™ GRADING REPORT
April 06, 2000
Laser Inscription Registry . . . . GIA 10918639
Shape and Cutting Style . . . ROUND BRILLIANT
Measurements . . . . . 5.29-5.35 x 3.11 mm
Weight . . . . . . . . . . . 0.52 carat
Proportions
Depth . . . . . . . . . . . 58.5 %
Table . . . . . . . . . . . 64 %
Girdle . . . . . . . THIN TO MEDIUM
Culet . . . . . . . . . . . NONE
Finish
Polish . . . . . . . . . . VERY GOOD
Symmetry . . . . . . . . VERY GOOD
Clarity Grade . . . . . . . . VS2
Characteristics . . . . . Crystal, Feather
Color Grade . . . . . . . . . J
Fluorescence . . . . . . . . NONE

REPORT 10918639

3049/902                                    **1686**
ARCH U.S. INC.
404 W. 7th St., #202
Los Angeles, CA 90014
‖‖‖‖‖‖‖‖‖‖‖‖‖
0130264102
JOB: 26837902

3u497902                                    **4660**
ARCH U.S. INC.
404 W. 7th St., #202
Los Angeles, CA 90014
‖‖‖‖‖‖‖‖‖‖‖‖‖
0130265902
JOB: 26837902

0130264102

0130265902

April 10, 2000
GIA Report: 11065578
Shape: Round Brilliant
Measurements: 6.63 - 6.75 x 4.25
mm
Weight: 1.18 carat
Depth: 63.5 %
Table: 61 %
Girdle: Slightly Thick to Thick
Culet: None
Polish: Very Good
Symmetry: Good
Clarity: VS2
Color Grade: J
Fluorescence: None
Additional pinpoints are not
shown. Crown angles are greater
than 35 degrees.
Key to Symbols
Feather, Crystal, Pinpoint, Indented
Natural, Natural

GIA
GEM TRADE LABORATORY

April 06, 2000
GIA Report: 11065567
Shape: Round Brilliant
Measurements: 6.88 - 6.98 x 4.15
mm
Weight: 1.22 carat
Depth: 59.9 %
Table: 65 %
Girdle: Very Thin to Medium
Culet: None
Polish: Very Good
Symmetry: Very Good
Clarity: VS1
Color Grade: J
Fluorescence: None
Pinpoints are not shown.
Key to Symbols
Crystal, Needle, Feather, Indented
Natural, Natural

GIA
GEM TRADE LABORATORY

April 10, 2000
GIA Report: 11065578
Shape: Round Brilliant
Meas: 6.63 - 6.75 x 4.25
mm
Weight: 1.18 carat
Depth: 63.5 %
Table: 61 %
Girdle: STK to THK
Culet: None
Polish: Very Good
Symmetry: Good
Clarity: VS2
Color: J
Fluorescence: None
Comments: Additional
pinpoints are not
shown. Crown angles are
greater than 35 degrees.
Key: Feather, Crystal,
Pinpoint, Indented

April 06, 2000
GIA Report: 11065567
Shape: Round Brilliant
Meas: 6.88 - 6.98 x 4.15
mm
Weight: 1.22 carat
Depth: 59.9 %
Table: 65 %
Girdle: VTN to MED
Culet: None
Polish: Very Good
Symmetry: Very Good
Clarity: VS1
Color: J
Fluorescence: None
Comments: Pinpoints are
not shown.
Key: Crystal, Needle,
Feather, Indented Natural,
Natural



## GIA
### GEM TRADE LABORATORY

**New York** Headquarters
580 Fifth Avenue | New York, NY 10036-4794
T: 212-221-5858 | F: 212-575-3095

**Carlsbad**
5355 Armada Drive | Carlsbad, CA 92008-4699
T: 760-603-4500 | F: 760-603-1814

## DIAMOND GRADING REPORT

April 10, 2000

Shape and Cutting Style ..................... ROUND BRILLIANT
  Measurements ................................. 6.63 - 6.75 x 4.25 mm
  Weight .................................................. 1.18 carat

Proportions
  Depth ............................................................. 63.5 %
  Table ............................................................... 61 %
  Girdle ................................... SLIGHTLY THICK TO THICK
  Culet ................................................................ NONE

Finish
  Polish .......................................................... VERY GOOD
  Symmetry ........................................................ GOOD

Clarity Grade ...................................................... VS2
Color Grade .......................................................... J
  Fluorescence ................................................... NONE

Comments:
Additional pinpoints are not shown.
Crown angles are greater than 35 degrees.

71372302

This Report is not a guarantee, valuation or appraisal.
This Report contains only the characteristics of the dia-
mond described herein after it has been graded, tested,
examined and analyzed by GIA Gem Trade Laboratory
under 10X magnification, and/or has been inscribed,
using the techniques and equipment available to GIA
Gem Trade Laboratory at the time of the examination
and/or at the time of being inscribed, including fully
corrected triplet loupe and binocular microscope, mas-
ter color comparison diamonds, standardized viewing
environment and light source, electronic carat balance,
synthetic diamond screening device, high intensity
short wave fluorescence imaging system, short
wave ultraviolet transmission detection system, optical
measuring device, micro laser inscribing device,
ProportionScope®, ultraviolet lamps, millimeter gauge,
and ancillary instruments as necessary. Red symbols
denote internal characteristics (inclusions). Green or
black symbols denote external characteristics (blem-
ishes). Diagram is an approximate representation of the
diamond, and symbols shown indicate type, position,
and approximate size of clarity characteristics. All clar-
ity characteristics may not be shown. Details of finish
are not shown. The recipient of this Report may wish to
consult a credentialed Jeweler or Gemologist about the
importance and interrelationship of cut, color, clarity
and carat weight.

| GIA CLARITY SCALE | GIA COLOR SCALE |
|---|---|
| FLAWLESS | D |
| INTERNALLY FLAWLESS | E |
| VVS$_1$ | F |
| VVS$_2$ | G |
| VS$_1$ | H |
| VS$_2$ | I |
|  | J |
| SI$_1$ | K |
|  | L |
| SI$_2$ | M |
|  | N |
| I$_1$ | O |
|  | P |
| I$_2$ | Q |
|  | R |
|  | S |
|  | T |
|  | U |
|  | V |
| I$_3$ | W |
|  | X |
|  | Y |
|  | Z |







IMPORTANT DOCUMENT, STORE SAFELY



NOTICE: IMPORTANT
LIMITATIONS ON BACK
COPYRIGHT ©2000 GIA GEM TRADE LABORATORY

## KEY TO SYMBOLS
⌐ Feather      ⌒ Natural
○ Crystal
  Pinpoint
⌄ Indented Natural



# GIA
## GEM TRADE LABORATORY

New York Headquarters
580 Fifth Avenue | New York, NY 10036-4794
T: 212-221-5858 | F: 212-575-3095

Carlsbad
5355 Armada Drive | Carlsbad, CA 92008-4699
T: 760-603-4500 | F: 760-603-1814

71245602

## DIAMOND GRADING REPORT

April 06, 2000

Shape and Cutting Style ..................... ROUND BRILLIANT
Measurements ................................. 6.88 - 6.98 x 4.15 mm
Weight ........................................................ 1.22 carat

Proportions
Depth .......................................................... 59.9 %
Table ............................................................. 65 %
Girdle ............................................ VERY THIN TO MEDIUM
Culet ............................................................. NONE

Finish
Polish ..................................................... VERY GOOD
Symmetry ............................................... VERY GOOD

Clarity Grade .............................................. VS1
Color Grade ................................................... J
Fluorescence ............................................ NONE

Comments:
Pinpoints are not shown.

This Report is not a guarantee, valuation or appraisal. This Report contains only the characteristics of the diamond described herein after it has been graded, tested, examined and analyzed by GIA Gem Trade Laboratory under 10X magnification, and/or has been inscribed, using the techniques and equipment available to GIA Gem Trade Laboratory at the time of the examination and/or at the time of being inscribed, including fully corrected triplet loupe and binocular microscope, master color comparison diamonds, standardized viewing environment and light source, electronic carat balance, synthetic diamond screening device, high intensity short wave fluorescence imaging system, short wave ultraviolet transmission detection system, optical measuring device, micro laser inscribing device, ProportionScope®, ultraviolet lamps, millimeter gauge, and ancillary instruments as necessary. Red symbols denote internal characteristics (inclusions). Green or black symbols denote external characteristics (blemishes). Diagram is an approximate representation of the diamond, and symbols shown indicate type, position, and approximate size of clarity characteristics. All clarity characteristics may not be shown. Details of finish are not shown. The recipient of this Report may wish to consult a credentialed Jeweler or Gemologist about the importance and interrelationship of cut, color, clarity and carat weight.

GIA CLARITY SCALE

FLAWLESS
INTERNALLY FLAWLESS
VVS₁
VVS₂
VS₁
VS₂
SI₁
SI₂
I₁
I₂
I₃

GIA COLOR SCALE

COLORLESS
D
E
F
NEAR COLORLESS
G
H
I
J
FAINT
K
L
M
VERY LIGHT
N
O
P
Q
R
LIGHT
S
T
U
V
W
X
Y
Z





## KEY TO SYMBOLS
° Crystal          ⌒ Natural
\ Needle
⌐ Feather
⌃ Indented Natural



IMPORTANT DOCUMENT, STORE SAFELY

NOTICE: IMPORTANT
LIMITATIONS ON BACK
COPYRIGHT ©2000 GIA GEM TRADE LABORATORY

**Receipt No. 12**
**Rolex Daytona Watch (gold)**

ROLEX SA



Chronomètre

Acier

Rolesor gris

Rolesor jaune

Rolesium

Or

Platine

## Garantie

ROLEX SA garantit la bonne marche de cette montre pour la durée de deux ans à partir de la date d'achat. La présente garantie ne couvre pas l'usure normale, la perte, le vol ni les dommages résultant d'une utilisation inappropriée, toute adjonction ou substitution et jeu ou d'accessoires non fabriqués par ROLEX entraîne la fin de la garantie.

Cette garantie n'est valable que si (1) la montre a été vendue au consommateur par le Distributeur Agréé ROLEX dont le nom est indiqué sur le présent certificat, (2) ce certificat a été dûment complété par le Distributeur Agréé ROLEX au moment de l'achat (*) (*) l'original de la garantie est remis avec la montre soit à un Distributeur Agréé ROLEX ou à l'un des Centres Officiels S.A.V. ROLEX figurant au verso. Toute intervention portera sur la fin à la garantie.

ROLEX SA certifie que ce chronomètre a été entièrement manufacturé en Suisse.

## Attestation de chronomètre officiel

ROLEX SA certifie que le mouvement de cette OYSTER PERPETUAL a subi avec succès pendant 384 heures consécutives, selon cinq positions et trois températures différentes, tous les contrôles de précision effectués par le Contrôle Officiel Suisse des Chronomètres (C.O.S.C.). Ce mouvement a ainsi acquis le droit de porter le titre de Chronomètre Suisse Officiellement Certifié.

Cette montre subit ensuite une Certification Finale dans les Laboratoires ROLEX afin d'obtenir le titre de Chronomètre Rolex Oyster Perpetual à Sceau Rouge, titre affecté par la mention "Superlative Chronometer Officially Certified" figurant sur le cadran et par le sceau Rouge Rolex qui accompagne ce Chronomètre.

Nom et adresse du Distributeur Agréé ROLEX

### GIORCA di CHIAPPE
### GENOVA

Nom et adresse de l'acheteur:

Date de l'achat:

Receipt No. 13
Cartier Pasha Watch

**MIRAGE Jewelry & Watches**
640 S. Hill St. # H-29
LOs Angeles, CA 90014

Specializing in high grade Watches, Diamonds,
Jewelry & Precious Metals
**Phone: 213-891-0909**
**Fax: 213-891-0073**

Nº 4365

DATE 9.23.03

TO: Shapiro Vadim

☐ INVOICE   ☐ SELL   ☐ MEMORANDUM

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | SS SUB Date | | 3600 |
| | Tax incl | | |
| | | TAX | |
| | | TOTAL ▶ | 3600 |

MEMORANDUM

| | DATE PAID | CHECK | CASH | TOTAL |
|---|---|---|---|---|
| FOR OFFICE USE ONLY | | | | |

Signature

goods described and valued as below are delivered to you for EXAMINATION AND INSPECTION ONLY
I ARE THE PROPERTY OF MIRAGE JEWELRY AND WATCHES, and subject to their order and shall be
... Such merchandise, until returned to OR OTHERWISE DISPOSED OF THIS ...
... regardless of prior transactions. A sale of this merchandise can only be effected and
will pass title if and when the said and agree to such sale an of a bill of sale rendered thereof. Mirage
... is not affiliated with Rolex Watch USA, Cartier or other brand watch companies.
SALES ... FINAL. NO REFUNDS OR CREDIT. Exchanges only within 5 days. NO EXCHANGES
NEW ... SPECIAL ORDERS OR MERCHANDISE ALTERED FROM STOCK.

---

**BEVERLY HILLS WATCH**
C O M P A N Y
SINCE 1979

TEL. 310.275.7700
227 SOUTH BEVERLY DRIVE, BEVERLY HILLS, CA 90212
WWW.BEVERLYHILLSWATCH.COM

Nº 22188

Name
Address
City                State            Zip
Phone: Bus.                Res.
Cus. Comment:
Instructions:
Est. Charge

REC. BY          DATE REC.          APPROX. FROM          DELIVERED          REPAIR BY

| MAN. | AUTO | CAL. | ELEC. | BRI | SO. WIND | OP. | VIP | SSI | DIA. DIAL | DIA. BEZEL |
| | | | | | STOP WATCH | | | | CLOCK | QUARTZ |

☐ Overhaul    ☐ Rusty
☐ Staff       ☐ Wtg. Rpr.
☐ St. & Cr.   ☐ Estimate
☐ Mspr.       ☐ Battery Only
☐ Dial, Ref.  ☐ Under Guarantee

P L A T O R
A B O R

---

**CERTIFICAT DE GARANTIE INTERNATIONALE**
**INTERNATIONAL GUARANTEE CERTIFICATE**

must de Cartier
Kapelplatz 12
6004 LUCERNE