ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 190414
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-2727
   Facsimile:  (213) 894-7177
   -mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Respondent
United States of America

FILED
CLERK, U.S. DISTRICT COURT
January 7, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VADIM SHAPIRO AND TATYANA SHAPIRO,<br><br>      Claimants,<br><br>  vs.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>      Respondent. | NO.  CV 13-9194 SJO (PJWx)<br><br>**ORDER CONTINUING THE HEARING DATE ON CLAIMANTS' MOTION FOR RETURN OF PROPERTY**<br><br>DATE: January 24, 2014<br>TIME: 11:00 a.m.<br>CTRM: 23 |

    Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that the hearing

1

date on claimants Motion for Return of Property be continued from January 24, 2014 to February 21, 2014.

DATED: January 7, 2014

_____
THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Prepared by:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____/S/_____
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section

2