Eric D. Shevin (State Bar No. 240774)
Law Offices of Eric D. Shevin
15260 Ventura Blvd, Suite 1050
Sherman Oaks, CA 91403
(818) 784-2700

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| VADIM SHAPIRO AND TATYANA SHAPIRO<br><br>Plaintiff(s),<br><br>v.<br>THE PEOPLE OF THE STATE OF CALIFORNIA<br><br>Defendant(s). | CASE NUMBER<br>2:13CV9194 SJO PJWx<br><br>NOTICE OF DISMISSAL PURSUANT<br>TO FEDERAL RULES OF CIVIL<br>PROCEDURE 41(a) or (c) |
| --- | --- |

PLEASE TAKE NOTICE: (*Check one*)

☑  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is
dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐  **ONLY** Defendant(s) _____

_____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

2/26/2014
_____
*Date*

_____
*Signature of Attorney/Party*

**NOTE:**  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*